B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Corby Wayne Marshall**
                                    Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aharon Alcalay Ben-Zion Alcalay 7800 Congress Ave., Ste. 206 Boca Raton, FL 33487 | Aharon Alcalay Ben-Zion Alcalay 7800 Congress Ave., Ste. 206 Boca Raton, FL 33487 | | | 1,000,000.00 |
| AMEX 2965 W. Corporate Lakes Blvd Fort Lauderdale, FL 33331 | AMEX 2965 W. Corporate Lakes Blvd Fort Lauderdale, FL 33331 | Credit Card | Disputed | 25,000.00 |
| AMEX 2965 W. Corporate Lakes Blvd Fort Lauderdale, FL 33331 | AMEX 2965 W. Corporate Lakes Blvd Fort Lauderdale, FL 33331 | Credit Card | | 1,700.00 |
| Art Vandalay Industries, LLC Vital Recovery Services, Inc PO Box 923748 Norcross, GA 30010 | Art Vandalay Industries, LLC Vital Recovery Services, Inc PO Box 923748 Norcross, GA 30010 | Art Vandelay Industries, LLC (admin. dissolved in 2009) consists of 2008 Audi Q-7 reposessed in 2010 | | 26,098.23 |
| ATT Bankruptcy Department P.O. Box 309 Portland, OR 97207 | ATT Bankruptcy Department P.O. Box 309 Portland, OR 97207 | Services rendered | Disputed | 2,000.00 |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Real property Location: 110 Barnard Street, Unit 210, Savannah, Georgia 31406 | | 225,148.00 (170,000.00 secured) |
| Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | Real property Location: 7 Bluff Drive, Savannah, Georgia 31406 | | 2,051,250.00 (1,500,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re   Corby Wayne Marshall                                   Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Unsecured Second Mortgage on 7 Bluff Drive, Savannah, GA 31406 | Disputed | 95,546.00 |
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Real property Location: 7 Bluff Drive, Savannah, Georgia 31406 | | 95,000.00<br>(1,500,000.00 secured)<br>(2,051,250.00 senior lien) |
| Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | CreditCard | Unliquidated<br>Disputed | 68,355.00 |
| Bank Of America<br>Attn: Bankruptcy<br>Po Box 26012<br>Greensboro, NC 27410 | Bank Of America<br>Attn: Bankruptcy<br>Po Box 26012<br>Greensboro, NC 27410 | CreditCard | Unliquidated<br>Disputed | 37,781.00 |
| C&R Electrical Services, Inc<br>5368 Muscovy Road<br>Middleburg, FL 32068 | C&R Electrical Services, Inc<br>5368 Muscovy Road<br>Middleburg, FL 32068 | Services rendered | | 1,589.03 |
| Citibank Usa<br>Citicard Credit Srvs/Centralized Bankrup<br>Po Box 20507<br>Kansas City, MO 64195 | Citibank Usa<br>Citicard Credit Srvs/Centralized Bankrup<br>Po Box 20507<br>Kansas City, MO 64195 | ChargeAccount | | 2,073.00 |
| Home Depot<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | Home Depot<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | Misc. | | 2,400.00 |
| Larry Patterson<br>3010 South Third Street<br>Jacksonville Beach, FL 32250 | Larry Patterson<br>3010 South Third Street<br>Jacksonville Beach, FL 32250 | Legal Fees | | 12,000.00 |
| Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004 | 2006 Lexus LS 430 VIN#JTHBN36F865036925 | | 29,712.00<br>(20,000.00 secured) |
| Memorial Health of Savannah<br>4700 Water Avenue<br>Savannah, GA 31404 | Memorial Health of Savannah<br>4700 Water Avenue<br>Savannah, GA 31404 | Medical Services | | 20,000.00 |
| Proficio Bank<br>c/o Fowler White Boggs, P.A.<br>50 N. Laura Street<br>Suite 2800<br>Jacksonville, FL 32202 | Proficio Bank<br>c/o Fowler White Boggs, P.A.<br>50 N. Laura Street<br>Jacksonville, FL 32202 | Marsh Point Medical & Office Condominum Association, Inc. (Commerical condominum association only) | | 250,000.00<br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re  Corby Wayne Marshall                                           Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Steve Hall; Jack Wardlaw III<br>Jerry Wardlaw<br>6605 Abercorn Street<br>Suite 200<br>Savannah, GA 31405 | Steve Hall; Jack Wardlaw III<br>Jerry Wardlaw<br>6605 Abercorn Street<br>Savannah, GA 31405 | Loan | | 290,000.00 |
| William Allen, DMD<br>702 East 66th Street<br>Savannah, GA 31405 | William Allen, DMD<br>702 East 66th Street<br>Savannah, GA 31405 | Medical | | 1,802.40 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Corby Wayne Marshall**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3/24/11                    Signature   _____
                                              **Corby Wayne Marshall**
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.