UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No.: 3-11-bk-02215

CORBY WAYNE MARSHALL,  Individual Chapter 11

Debtors.

## STATEMENT PURSUANT TO RULE 2016(B)
## FEDERAL RULES OF BANKRUPTCY PROCEEDURE

Corby Wayne Marshall (the "Client") have authorized and retained Brett A. Mearkle with the Law Office of Brett A. Mearkle, P.A. (the "Firm") to file and represent them in a Chapter 11 Bankruptcy Case. The Firm agrees to prepare and file the petition and Schedules, Plan and other documents and appear at the meeting of creditors as required by Section 341 of the Bankruptcy Code.

The Client understands that Court, deposition, and other dates may involve the schedules of other attorneys. The Client authorize Mr. Mearkle or any other attorneys at the Firm (the "Attorneys") to agree to request adjournments of any and all such matters as in due course and as out of professional courtesy at the Attorney's discretion.

The agreed minimum fee for this representation, subject to Court approval, is $10,901.00. $12,000.00 has been paid, and the Firm has tendered $1,039.00 for the filing fee; $40.00 for the credit counseling fee; $20.00 for a credit report.

The Client has agreed to pay all costs, including copying and telephone charges, unless litigation arises and fees and costs are actually recovered from another party.

The current hourly rate charged by the Attorneys' services is $250.00, billed by tenths of an hour. Paralegal time will be billed at $100.00 per hour. Any additional amount owed will be determined by the Bankruptcy Court after filing of an attorney fee application, pursuant to Local Bankruptcy Rules and other applicable Law.

The Client has agreed to cooperate fully with the Firm, the Attorneys, and the employees of the Firm. Such cooperation includes, but is not limited to:

- A. Appearing for office conferences when requested by the Firm;
- B. Promptly responding to all request by the Firm, or by another party including the U.S. Trustee, for information, such as by way of interrogatories, depositions, Examinations under applicable Rules of Bankruptcy Procedure, unless otherwise directed by the Firm not to do so;
- C. Complying with all other requests made by the Firm relating to furthering this Chapter 11 bankruptcy Case.

The Client has agreed to obey all orders from the Court, to avoid violations of any injunctions, and to refrain from unlawful conduct of any kind as it relates to this Chapter 11 bankruptcy case.

THE CLIENT IS AWARE THAT THE ATTORNEYS' TIME IS LIMITED AND THAT TIME FOR WHICH CLIENT WILL BE BILLED INCLUDES, BUT IS NOT LIMITED TO:

- A. All time spent on the case by the Firm and its Attorneys and employees;
- B. All time spent on the telephone by Attorneys of the Firm with the Client, or any other person regarding this Chapter 11 bankruptcy case.
- C. All time spent by the Attorneys traveling between his office and the Court, or any other place in connection with this Chapter 11 bankruptcy case.
- D. All time spent drafting legal documents, letters or any other written or oral communications in connection with this Chapter 11 bankruptcy case.
- E. All time spent by the attorneys for the Firm in Court, including preparation for any hearing or trial, waiting for the matter to be called by the Court, and any other work in connection with attending Court on behalf of the Client.

The Firm makes no promises or representations as to the outcome of the Chapter 11 case for which the Firm has been retained, but agrees to use their best efforts in representing the Client. The Client hereby acknowledges that the Firm has not made any promises or representations as to the ultimate outcome of this legal matter.

Under no circumstances shall the Firm be required under its Retainer Agreement to:

- A. Appeal any decision of the Court;
- B. Move to reconsider or modify any decision of the Court;
- C. Represent the Client in any proceedings in any lawsuits, actions or other proceeding arising out of Client conduct prior to or after the date the Chapter 11 bankruptcy case is filed unless the Firm, in its sole discretion, decides to do so.

Pursuant to U.S. Treasury Department Regulation 31 C.F.R. Part 10, section 10.35, be advised that, unless expressly indicated, any federal tax advice contained in this communication, including attachments, is not intended or written to be used, and may not be used, for the purpose of i) avoiding penalties that may be imposed on the taxpayer and the Internal Revenue Code of 1986 as amended; or ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The Firm has not shared, or agreed to share, with any other entity any compensation paid, or to be paid, by the Client.

The Client consent to disposing of the physical file, including all documents, five years after the end of representation, or the Chapter 11 bankruptcy case is closed.

_____       _____
Corby Marshall                  Date  4/April 11

                    LAW OFFICE OF BRETT A. MEARKLE, P.A.

                    By:  /s/ Brett A. Mearkle
                         Brett A. Mearkle
                         Florida Bar No. 644706
                         8777 San Jose Blvd., Suite 801
                         Jacksonville, Florida 32211
                         (904) 352-1342
                         (904) 352-1814 facsimile
                         bmearkle@mearklelaw.com
                         *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the U.S. Trustee via the CM/ECF system this 1st day of ~~March~~ April, 2011 in accordance with Rule 2016 of the Federal Rules of Bankruptcy Procedure.

                              /s/ Brett A. Mearkle
                              Brett A. Mearkle

3